**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marvin Jackson,<br><br>           Plaintiff,<br><br>v.<br><br>Paul Penzone,<br><br>           Defendant. | No. CV-19-04915-PHX-GMS (ESW)<br><br>**ORDER** |

On January 31, 2020, the Court's Order (Doc. 13) sent from the Clerk of Court to Plaintiff was returned to the Court as undeliverable (Doc. 20). On February 14, 2020, the Court's Order (Doc. 18) sent from the Clerk of Court to Plaintiff was returned to the Court as undeliverable (Doc. 22). The returned envelopes are marked "Return to Sender-No Longer in Custody." (*Id.*). Defendant has copied Plaintiff on documents at an address other than Plaintiff's address of record. The Court previously warned Plaintiff that the failure to file a notice of change of address may result in the dismissal of this action. (Doc. 6 at 4). No change of address has been received as of the date of filing this Order. Therefore,

**IT IS ORDERED** that by **March 13, 2020**, Plaintiff shall either (i) file a notice of change of address with the Court or (ii) show cause why this action should not be dismissed

without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to comply with the Court's Order and to prosecute this case.

Dated this 25th day of February, 2020.

_____
Honorable Eileen S. Willett
United States Magistrate Judge

cc: Marvin Jackson, #053895
ASPC Yuma, Cibola Unit
P.O. Box 8909
San Luis, Arizona 85349