**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marvin Jackson, | No. CV-19-04915-PHX-GMS (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Paul Penzone, | |
| Defendant. | |

On February 25, 2020, the Court ordered that the Plaintiff file a Notice of Change of Address or show cause why his Complaint should not be dismissed for failure to prosecute no later than March 13, 2020 (Doc. 23). On March 23, 2020, Plaintiff untimely filed a Notice of Change of Address (Doc. 24).

The Court's Order advising the Plaintiff to respond to the Defendant's Motion for Summary Judgement (Docs. 16, 17) no later than February 27, 2020 (Doc. 18) was returned to sender (Doc. 22).

**IT IS ORDERED** that the Clerk of Court mail to the Plaintiff at his address of record a copy of the Court's Order (Doc. 18).

**IT IS FURTHER ORDERED** extending the time within which Plaintiff shall file his response to the Defendant's Motion for Summary Judgment (Docs. 16, 17) to **May 4, 2020**.

Dated this 30th day of March, 2020.

Eileen S. Willett
United States Magistrate Judge